```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611147606
Cashier ID: sprinka
Transaction Date: 02/19/2020
Payer Name: brett jones
----------------------------------
MISCELLANEOUS PAPERS
 For: brett jones
 Case/Party: D-CAN-3-20-MC-080046-001
 Amount:        $47.00
----------------------------------
NON-SCANNABLE CHECK
 Check/Money Order Num: 19039864471
 Amt Tendered: $47.00
----------------------------------
Total Due:      $47.00
Total Tendered: $47.00
Change Amt:     $0.00

jcs


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```