UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEON FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC., et al.,<br><br>        Defendants. | Case No. 20-mc-80046-JCS<br><br>**ORDER TO FILE AS A CIVIL CASE** |

The Court has reviewed the initial pleading in this case and finds that it was erroneously classified as a miscellaneous case. The Clerk's Office is instructed to reclassify this case and assign it a civil case number

**IT IS SO ORDERED.**

Dated: February 20, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge